**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FLORIDA ONCOLOGY NETWORK, P.A.,**

        **Plaintiff,**

-vs-                                                                       Case No.  6:13-cv-1735-Orl-22KRS

**MICHAEL MONTEJO,**

        **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DR. MONTEJO'S MOTION TO QUASH SUBPOENAS DUCES TECUM AND ALTERNATIVE MOTION FOR PROTECTIVE ORDER (Doc. No. 42)
>
> **FILED:** January 20, 2014
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff, Florida Oncology Network, P.A. ("FON"), issued subpoenas to the non-parties Verizon Wireless and AT&T Wireless on December 26, 2013. Doc. Nos. 42-3 at 3, 42-4 at 3. The parties did not meet to prepare the Case Management Report until January 7, 2014. Defendant, Michael Montejo, now moves to quash those subpoenas as prematurely served.

Under Local Rule 3.05(c)(2)(B), a party may not seek discovery from any source before the case management meeting. Because the subpoenas were served prematurely, the motion is **GRANTED** and the subpoenas are **QUASHED**.

Plaintiffs may serve the discovery requests again. Before doing so, however, the Court recommends that they review the *Middle District Discovery Handbook (2001)*, which is available on the Court's website. In addition, it appears to the Court that the subpoena to AT&T Wireless may not have been properly issued in that it purports to require a non-party located in Plantation (which is in the Southern District of Florida) to produce documents in Orlando (which is in the Middle District of Florida).

It is further **ORDERED** that counsel for Defendant shall forthwith provide a copy of this order to non-parties Verizon Wireless and AT&T Wireless and file a certificate of compliance with this requirement. If any documents or other information has already been produced in response to the subpoenas, it is **ORDERED** that Defendant shall return the documents and other information, and all copies thereof, to the producing entity.

**DONE** and **ORDERED** in Orlando, Florida on January 21, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE